**RECEIVED**
NOV 2 4 2021
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARCUS AUSLER #100244

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

Case No: 4:21-cv-00644-JAR
*(to be assigned by Clerk of District Court)*

v.

COMMISSIONER DALE GLASS, Superintendent
ADRIAN BARNES, DEPUTY COMMISSIONER
George Hayes, (MSI) Superintendent
Jeffrey Carson, Lieutenant Sidney Turner,
Lieutenant Javan Fowlkes, C.O. Michael
Allen, C.O. Paul HopGood, C.O. CHE BOATMAN
C.O. Paul Tillery, C.O. Randy Powell, C.O.
Jamal Robinson, LT. Archibald LT. Thomas, CO
LESTER, C.O. Kenneth Williams in both individual, Official capacity

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Plaintiff Requests Trial by Jury
✓ Yes ___ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: MARCUS AUSLER

Other names you have used: NONE

Prisoner Registration Number: 100244

Current Institution: ST. LOUIS CITY Justice Center

Indicate your prisoner status:

☑ Pretrial detainee ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee ☐ Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Dale Glass

Job or Title: Commissioner

Badge/Shield Number: N/A

Employer: City of St. Louis

Address: 200 S. Tucker. Blvd

____ Individual Capacity   Both   ____ Official Capacity

Turn to Back

2

**Defendant 2**

Name: ADRIAN BARNES

Job or Title: Superintendent

Badge/Shield Number: N/A

Employer: City of St. Louis

Address: 200 S. Tucker Blvd 63102

✓ Individual Capacity      ✓ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

**Commissioner Dale Glass**

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. He fail to remedy the violation after being informed by my grievance.
3. Was grossly negligent in remedying his employer's who violated me.
4. I file grievance on Sept. 29, Oct. 3 of 2020 about incidents, and Jan. 22, Feb 2 of 2021
5. He fail to act on information whatsoever.
6. I suffer physical and mental pain under the policy he created to let his officer violate m

**Superintendent Adrian Barnes**

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. He fail to protect my liberty interest while in Solitary confinement on 5th floor-B wing.
3. He give per Barnes command to let his officers violate my person.
4. I informed unit manager Warren Thomas about incidents, he had to wait on Barnes answer
5. I personally was escorted by C.O Bruce Borders to inform Barnes about the incidents on or about Nov. or Oct of 2020 on the 5th floor in caseworker office.
6. He fail to act on information and let my rights continue to be violated.

3

Defendant 3
George Hayes
Deputy Commissioner
N/A
City of St. Louis
200 S. Tucker. Blvd
 Both Individual, Official Capacity

Defendant 4
(Medium Security Institution) Jeffrey Carson
Superintendent
N/A
City of St. Louis
200 S. Tucker. Blvd     Both Individual, Official Capacity

Defendant 5
Sidney Turner
Lieutenant
N/A
City of St. Louis
200 S. Tucker     Both Individual, Official Capacity

Defendant 6
Javan Fowlkes
Lieutenant
N/A
City of St. Louis
200 S. Tucker     Both Individual, Official Capacity

Defendant 7
Michael Allen
Correctional Officer

#994
City of St.Louis
200 S.Tucker Blvd    Both Individual, Official Capacity

**Defendant 8**
Paul Hopgood
correctional officer
#311
City of St.Louis
200 S.Tucker Blvd    Both Individual, Official Capacity

**Defendant 9**
CHE Boatman
correctional officer
#1200
City of St.Louis
200 S.Tucker Blvd    Both Individual, Official Capacity

**Defendant 10**
Paul Tillery
correctional officer
N/A
City of St.Louis
200 S.Tucker Blvd    Both Individual, Official Capacity

**Defendant 11**
Randy Powell
correctional officer
#902
City of St.Louis
200 S.Tucker Blvd

**Defendant 12**
Jamal Robinson
Correctional Officer
N/A
City of St. Louis
200 S. Tucker. Blvd    Both Individual, Official Capacity

**Defendant 13**
Kenneth Williams
Correctional Officer
N/A
City of St. Louis
200 S. Tucker. Blvd    Both Individual, Official Capacity

**Defendant 14**
Archibald, Brandy
Lieutenant
N/A
City of St. Louis
200 S. Tucker    Both Individual, Official Capacity

**Defendant 15**
Thomas
Lieutenant
N/A
City of St. Louis
200 S. Tucker    Both Individual, Official Capacity

**Defendant 16**
Lester, Marco
Correctional Officer
N/A
City of St. Louis
200 S. Tucker Blvd    Both Individual, Official Capacity

Deputy Commissioner Cross-White
1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. He fail to take affirmative action.
3. I inform him personally while on solitary confinement about my conditions, and his cust
4. This was on or about July of 2020 on the 5th floor B-wing.
5. He seem deliberately indifferent while I keep yelling about my rights.
6. He said he supported his officer decisions for violating my rights.
7. I suffer emotional distress from day to day under his custom.

Superintendent Jeffrey Carson
1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. fail to protect my person from being violated.
3. Give per Carson commands to his officers to violate me constantly.
4. On or about Jan. 22 and Feb. 2 while at M.S.I pod 3 cell #12 I inform Ms. Brim she said she was waiting for a response from Mr. Carson.
5. I constantly informed him on grievance which was to no avail.
6. He fail to act on information.
7. I suffer mental and physical torture while under his policy in the workhouse.

Lieutenant Sidney Turner
1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. On April 2, 2020 she constantly sprayed my face and inside of mouth with mace.
3. She Rush me towards the back of cell #35 4th floor C-wing.
4. Use handcuffs as brass knuckles, threating my person to do bodily harm.
5. I was denied medical attention.
6. I was put in a small room by Lt. Wilburn with mace left to marinate on my body.
7. I past out from lack of oxygen, bust my nose and hurt my back.

Lieutenant Javan Fowlkes
1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On Sept. 29, 2020 at 3:54 p.m. my whole body was sprayed with mace from head to toe by name above.
3. I was spray a totally of 4 times with the chemical agent.
4. This was while I was on solitary confinement 5th floor B-wing cell #28.
5. I was posing no threat.
6. I was left inside cell for about 10 minutes tops to marinate in mace
7. I was put in hand cuffs and leg shackles that was too tight on my person.
8. I was place in restraint chair in frigid cold air for 3½ hours.
9. Mace was marinating on my body, which left my body swollen.
10. I suffer mental torture and severe back pains.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I sustain permanent back problems, emotional distress, damage risk, my Right pinky finger is not properly working and my Big toes on both feet loss feeling. I did not receive medical treatment

4

C.O Allen #994

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. On sept. 29, 2020 at 3:54 p.m the above officer assisted LT. Fowlkes on tactical team.
3. Use unnecessary roughness while I was in hand cuffs and shackles
4. tighten restraints so tight, cause my blood to not circulated prope
5. I suffer swollen risk and ankles plus mental stress.

C.O. HopGood #311

1. Violated my 4th, 5th, 8th, 14 constitutional right.
2. On sept. 29, 2020 at 3:54 p.m the above officer assisted LT. Fowlkes on tactical team.
3. Use unnecessary roughness while I was in hand cuffs and shackles.
4. tighten restraints so tight, cause my blood to not circulated proper.
5. I suffer swollen risk and ankles plus mental stress.

C.O. Boatman #1200

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. On sept. 29, 2020 at 3:54 p.m. the above officer assisted LT. Fowlkes on tactical team
3. Use unnecessary roughness while I was in hand cuffs and shackles
4. tighten restraints so tight, cause my blood to not circulated proper.
5. I suffer swollen risk and ankles plus mental stress.

C:O. Tillery

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. On sept. 29, 2020 at 3:54 p.m. the above officer assisted LT. Fowlkes.
3. Fail to protect me after I informed him to call the police.
4. He watch from the guard tower not acting on the information.
5. I suffer emotional distress.

C.O. Powell

1. Violated my 4th, 5th, 8th, 14th constitutional right.
2. On sept. 29, 2020 at 354 p.m. the above officer assisted LT. Fowlkes on tactical team
3. Use unnecessary roughness while I was in hand cuffs and shackles.
4. tigten restraints so tight, cause my blood to not circulated proper.
5. I suffer swollen risk and ankles plus mental stress

Lieutenant Javan Fowlkes

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On Oct. 3, 2020 the above name had me put in restraint for incident that happen Oct. 2, 2020 at 9:58 per LT. Fowlkes' command.
3. I was left in chair of restraint 14 hours deprived of use of restroom, nor able to stretch my arms or legs
4. I was strip naked. And, put in a smock.
5. I was put in frigid air pending a cell while barefoot.
6. I suffer bruise wrist, chest, and ankles and back pain.
7. This all ocurred on the 5th floor B-wing sally port area.

C.O. Kenneth Williams

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On Oct. 3, 2020 the above name put me in restraint around or about 7:45 a.m per LT. Fowlkes.
3. Use excessive force while I was in hand cuffs and shackles.
4. Tighten restraints so tight, cause my blood to not circulated prop
5. I suffer swollen risk and ankles plus mental stress.

C.O. Jamal Robinson

1. Violated my 4th, 5th, 8th, 14th constitional right.
2. On Oct. 3, 2020 the above name force me to strip off my clothes.
3. He then proceed to cut my clothes off me with force unnecessary.
4. He assisted putting me in restraint so tight, it cause my blood not to circulate.
5. I suffer swollen risk and ankles plus mental stress.

C.O. CHE Boatman

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On Oct. 3, 2020 the above name put me in restraint.
3. use excessive force while I was in hand cuffs and shackles.
4. Tighten restraints so tight, cause my blood to not circulate prope
5. I suffer swollen risk and ankles plus mental stress.

## Lieutenant Brandy Archibald

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On or about Jan. 22-28 2021 around 11:45 a.m at the workhouse (MSI) my person was mace from head to toe. by above name.
3. mace was constantly spray in my face and mouth.
4. I was in pod 3 cell #12 posing no threat.
5. I past out cause I couldn't breath.
6. I was denied medical treatment.
7. I was strip naked and made to walk barefoot.
8. I was left in my cell 14 days with mace marinating on my person without a shower.
9. I suffer my feet being numb from being so cold, back pain, and emotional distress.

## C.O. Marco Lester

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On or about Jan. 22-28 2021 around 11:45 a.m at the workhouse (MSI) my person was mace from head to toe by above name
3. I was constantly spray in my face and mouth.
4. I was in pod 3 cell #12 posing no threat.
5. I past out cause I couldn't breath
6. I was denied medical treatment.
7. I was strip naked and made to walk barefoot.
8. I was left in my cell 14 days with mace marinating on my person without a shower
9. I suffer my feet being numb from being so cold, back pain, and emotional distress.

## Lieutenant Thomas

1. Violated my 4th, 5th, 8th, 14th constitutional right
2. On Feb. 2, 2021 at (MSI) workhouse around 1:30 p.m, I was mace, my whole entire body while returning from attorney call.
3. I was in hand cuffs and shackles on my legs.
4. I pose no threat.
5. I was denied medical treatment.
6. I was put back in my cell #12 pod 3 to marinate in mac
7. I suffer severe back pain, and emotional distress

[redacted]

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I would like for the Court to accept the alleged facts as a legit claim and hopefully rule in my favor. I would like my award compensatory to be up to $250,000 dollars in money damages. I believe I'm entitled to recovery because I suffer emotional distress and severe back pains. which violates my 4th, 5th, 8th, and 14th constitutional right. excessive force was constantly use on my person.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes    [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

St. Louis City Justice Center / Medium Security Institution

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes    [ ] No    [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes    [✓] No    [ ] Do not know

5

If yes, which claim(s)?
They haven't cover none of my claims.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

St. Louis City Justice Center

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) Use of excessive force. You have to file a IRR first then proceed to grievance. which I did.

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) I still haven't got no response.

6



# DEPARTMENT OF PUBLIC SAFETY
# DIVISION OF CORRECTIONS

## INFORMAL RESOLUTION REQUEST

SRN#_____

Institution of Origin: ☐ City Justice Center (C.J.C.)   ☐ Medium Security Institution (M.S.I.)

NAME OF INMATE FILING I.R.R.: Marcus Ausler
INMATE NUMBER: 100244
HOUSING UNIT: 5B

STAFF INVOLVED:
1. LT. FOWLES
2. COI ALLEN
3. COI HOPGOOD
4. COI BOATMAN
   COI TILLERY

INMATE WITNESSES:
1. Thompson
2. Carson
3. Criner
4. Mrs. Strong

CLASSIFICATION CODE:
- CLASSIFICATION
- ACTIVITES/PRIVILEGES
- DUE PROCESS
- (HARASSMENT)
- MEDICAL
- PROPERTY
- (USE OF FORCE)
- OTHER

**DESCRIPTION OF COMPLAINT:** On 9-29-20 at approximate 4:30 Lead Officer Folkes abuse his authority by useing excessive force by maceing I inmate above 4 times while in cell #28. After I submitted I was put in the restrain cha[ir]

**REMEDIES REQUESTED:**
1. LT. FOWLES BE REMOVED for this FLOOR
2. I GET MOVE TO ANOTHER FACILITY
3. I dont wont Ms. Price to review this
4. _____

INVESTIGATIVE FINDINGS:

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE WITHIN (5) WORKING DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUES ABANDONMENT.

FINAL DISPOSITION:
☐ I.R.R. RESOLVED  ☐ I.R.R. UNRESOLVED  ☐ I.R.R. WITHDRAWAL  ☐ UNPROCESSED  ☐ I.R.R. ABANDONED
☐ REQUEST GRIEVANCE

Inmate Signature _____  Date: _____
CSU Staff _____  Date: _____

FOR C.S.U. USE ONLY
DATE RECEIVED: _____  CSU STAFF SIGNATURE: _____

WHITE: CONSTITUENCY SERVICE UNIT   YELLOW: INMATE MASTER FILE   PINK: INMATE/OFFENDER
DOC Form # 3.3.3 - A

and escorted to medical by the above mention officers while in medical I refuse my shower & treatment for fear of getting mace by FOWLES it Also should be in this note my shirt was off, they refuse to let me put it on and left me in the restraint chair for 3½ hours in the freezing cold while I was wet for falling in water. This should be on camera. It should also be documented that proper protocol was not followed but blatantly violated according to standard operation & procedures. this is psychological torture at its best. Known Human Rights violation. by being neglected of warmth while in the hands of care, custody, & control Im a detainee & human being and not convicted so Im not suppose to be treated according to how a officer want things to be I ouderstand this is an imperfect environment not LT. FOWLES ideal world to stroke his ego in front of his colleagues while upholding this pseudo-militant mentality of his while creating this destopian just to uphold his reputation of his. Thanx!

It is so ordered.

23

23

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) I inform Ms. Price who is the constituent officer she fail to act by not letting me exhaust every stage. She still has not gave me the grievance form so I can go to the next stage.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This facility just won't let me its not professional here I inform Mrs. Brim who took over Ms. Price position she still fail to act.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I inform caseworker Ms. Dunning on Nov. 5, 2021 by talking to her in person about the IRR's I file on Sept. 29, 2020; Oct. 3, 2020, Jan. 22, 2021, Feb. 2, 2021 she said I had to inform Ms. Brim which I have no way to make her respond. She still, Ms. Brim won't respond to me. I inform Warren Thomas since the incidents beginning around Oct 6, 2020 about my problem.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. On Nov. 8, 2021 I inform Captain Ms. Nolan she said she will talk to Ms. Brim for me. So I can prove that I have try to exhaust all my remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☐ Yes        ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☒ Yes       ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

Plaintiff __Marcus Ausler__



Defendant(s) __look at the front attactment: ADRIAN Barnes, Dale Glass, George Hayes, Jeffrey Carson, Sidney Turner, Javan Fowlkes, Michael Allen, Paul Hopgood, CHE Boatman Paul Tillery, Randy Powell, Jamal Robinson, Brandy Archibald, Thomas, Marco Lester Kenneth William__

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

__Eastern District of Missouri__

    3.    Docket or case number __4:21-cv-00644-JAR__

    4.    Name of Judge assigned to your case __John A. Ross__

8

5. Approximate date of filing lawsuit __June 08, 2021__

6. Is the case still pending?

   ✓ Yes

   ☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) __Still in motion__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ✓ Yes       ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff __Marcus Ausler__

   Defendant(s) __ADRIAN Barnes, Dale Gluss, George Hayes, Jeffrey Carson, Sidney Turner, Javan Fowlkes, Michael Allen, Paul Hopgood, Ate Boatman, Paul Tillery, Randy Powell, Jamal Robinson, Brandy Archibald, Thomas, Marco Lester, Kenneth Williams__

2. Court (*if federal court, name the district; if state court, name the state and county*)
   __Eastern District of Missouri__

3. Docket or case number __4:21-cv-00644-JAR__

4. Name of Judge assigned to your case __John A Ross.__

5. Approximate date of filing lawsuit __June 08, 2021__

9

6.  Is the case still pending?

    ☑ Yes

    ☐ No *(If no, give the approximate date of disposition):*_____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?) still in motion

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20_____.

Signature of Plaintiff    *Marcus Ausler*