UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARCUS AUSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00644-JAR |
| ) | |
| DALE GLASS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On April 26, 2022, the Court directed the Clerk of Court to issue process on defendants Javan Fowlkes, Paul Hopgood, Randy Powell, and Che Boatman in their individual capacities. (Docket No. 9). Furthermore, the Court directed that defendants be served in accordance with the waiver agreement the Court maintains with the St. Louis City Counselor's Office.

On May 25, 2022, the City Counselor's Office notified the Court that it could not waive service on defendant Boatman, as Boatman was no longer employed by the City of St. Louis. (Docket No. 12). Because service cannot be waived for defendant Boatman, the Court will direct defense counsel to submit to the Court, under seal, Boatman's last known residential address.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant Che Boatman's last known address, under seal, within **thirty (30) days** of the date of this order.

Dated this 26th day of May, 2022.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE